# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ZANDIA MICHELE MOBLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3208

[April 24, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni A. Bryson, Judge; L.T. Case No. 502022MM000966A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Zandia Michele Mobley appeals her conviction and sentence for misdemeanor battery. We affirm without discussion on all but one issue raised on appeal. Mobley argues, and the State agrees, that the court erred when it imposed a cost of supervision in excess of the amount authorized by section 948.09(1)(b), Florida Statutes (2022), and when it indicated Mobley pled guilty to the charges. *See, e.g., Paris v. State*, 337 So. 3d 2, 3 (Fla. 4th DCA 2022) ("Without any accompanying oral pronouncement, the trial court was authorized to impose only a $40 monthly supervision charge."). We agree and, on that issue, reverse. On remand, the judgment must be corrected to reflect (1) the cost of supervision is $40 per month and (2) Mobley was convicted after a jury trial.

*Affirmed in part, reversed in part, and remanded.*

MAY, FORST and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*